■ In the Matter of NIAGARA MOHAWK POWER CORPORATION, Doing Business as NATIONAL GRID, Appellant, v TOWN OF NIAGARA ASSESSOR et al., Respondents. [921 NYS2d 598]—Appeal from a judgment of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered February 3, 2010 in proceedings pursuant to CPLR article 78 and RPTL article 7. The judgment denied the petitions and awarded respondents statutory costs.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of the Estate of SALVATORE J. SCAMACCA, Deceased. FRANK SCAMACCA et al., as Executors of SALVATORE J. SCAMACCA, Deceased, Appellants; DOLORES LEON, Respondent. [922 NYS2d 218]—Appeal from a decree of the Surrogate's Court, Erie County (Barbara Howe, S.), entered January 15, 2010. The decree denied and dismissed the petition.

It is hereby ordered that the decree so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.